Amended

United States District Court
Southern District of Texas
FILED

MAR 1 8 2002

Michael N. Milby
Clerk of Court

**243 (Rev. 5/85)**

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

2

| **United States District Court** | District | SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
|---|---|---|
| Name of Movant JOSE ALEXANDER RAPALO FAJARDO | Prisoner No. 94229-079 | Case No. B02 035 |
| Place of Confinement Big Spring, Texas | Address: 1801 W 20, Big Spring, Texas 79720 | |

| UNITED STATES OF AMERICA | V. | JOSE ALEXANDER RAPALO FAJARDO (name under which convicted) |
|---|---|---|

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  United States District Court Southern District, Texas Brownsville Division

2. Date of judgment of conviction  September 27, 2000(Convictions)  and Sentenced on 01/09/01

3. Length of sentence  57 months

4. Nature of offense involved (all counts)  Unlawful re entry  in violation of 1326 (a) (b)

re entry into the United States after deportation etc..

5. What was your plea? (Check one)
   (a) Not guilty          ☐
   (b) Guilty             ☒
   (c) Nolo contendere    ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/a

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury              ☐
   (b) Judge only        ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

O 243 (Rev. 5/85)

9.  If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

   (a)(1) Name of court _____

      (2) Nature of proceeding _____

          _____

      (3) Grounds raised _____

          _____

          _____

          _____

          _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
          Yes ☐ No ☒

      (5) Result _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____

          _____

      (3) Grounds raised _____

          _____

          _____

          _____

          _____

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☒ No ☐
(2) Second petition, etc.    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The 16 points enhancement adopted through the guidelines was "Unreasonable". The Indictment failed to state (a) previously convicti (of defendant).

Supporting FACTS (state *briefly* without citing cases or law) An indictment is jurisdiction and a defect is not waived by a plea of guilty.
The missapplication of the USSG should be reviewed (de Novo)

Also, the legality of the District court's imposition of a criminal senten is reviewed (de novo).

The court also reviews the challenge to a sufficiency of the indictment.

B. Ground two: The immigration Issue. Where the Court failed to consider defendant's status as a non US citizen in adopting the guideline set forth in the PSI Report.

Supporting FACTS (state *briefly* without citing cases or law): Defendant tretment as an inmate is much harsher than that of a US citizen inmate in the same category etc. for example he may not participate in basic programs and projects consistent to Rehability process. He may not take part in Pre Release Projects, Substance Abuse Program, and also may not study and or participate in a Trade Prigram and/or projects.
Additionally, he doesnot have access to full Medical Cares.
He'd place at an non MCI Facilities and not regular BOP Housing Unit as required by Statute.

C. Ground three: The Court was not aware it could have considered a down departure and perhaps it(the Court) thought it lacked the authority to depart from the guidelines.

Supporting FACTS (state *briefly* without citing cases or law): Thr Court did not know(that) the defendant imprisonment was going to be such that it might required that a departure from the guidelines is warranted.

The Court, at the sentencing, was not aware that defendant was going to be the subject o (Placement) at a Facility other than a FCI. Where defendant would not have access to to the norm and full medical care(s). And being able to participate at Substance Program

AO 243 (Rev. 5/85)

_____

_____

D.  Ground four:  _____

_____

Supporting FACTS (state *briefly* without citing cases or law):  _____

_____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

For example, the issue of Immigration satus was not argued at the sentencing, because

defendant and Counsel and even the Court were not aware th at the defendant was going to

the subject of such harsh invironment and or treatment to a degree that suchwould be

unacceptable to spend his 57 months of imprisonment.

Defendant has met all other criterias and order of the court, such as paying his fines etc..

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☐ (Defendant is also filing simulteously a Request and petition under(2241)hereto.)

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(Defendant herein is filing without the assistance of counsel)
(a) At preliminary hearing _____

_____

(b) At arraignment and plea ___ Defendant was erpresented by the FPD(Federal Public defender.)

_____

(c) At trial ___ FPD _____

_____

(d) At sentencing ___ FPD _____

_____

AO 243 (Rev. 5/85)

(e) On appeal ___ Also, defendant was represented by the FPDO

_____

(f) In any post-conviction proceeding ___ Defendant is moving without counsel in any further

proceedings. _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

FPD   ETC., _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: ___ 57 MONTHS _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐    N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___ March 14,2002 ___
(date)

_____
Signature of Movant

Jose Alexander Rapalo Fajardo