AO 240 (Rev. 6/86) Application to Proceed ⊕

# United States District Court

SOUTHERN DISTRICT COURT OF TEXAS    BROWNSVILLE DIVISION
DISTRICT OF

United States District Court
Southern District of Texas
FILED
MAR 18 2002
Michael N. Milby
Clerk of Court

JOSE ALEXANDER RAPALO FAJARDO
    (Defendant/Petitioner

V.

THE UNITED STATES OF AMERICA
    (Plaintiff/Respondent

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: B-02-035

I, JOSE ALEXANDER RAPALO FAJARDO, declare that I am the *(check appropriate box)*

- ☐ petitioner/plaintiff
- ☐ respondent/defendant
- ☐ movant (filing 28 U.S.C. 2255 motion)
- ☒ Defendant/Petitioner
    *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

The Unreasonable application of the USSG and the unlawful application thereof as to the 2L1.2(Guidelines), and also the unreasonable adoption of the Guideline range thereto.

Also, The court failed to cosider defendant's Immigration status as he's the subject of harsher treatment than the average US citizen inmates in the BOP. He cites collateral consequences attached to the immigration issues etc...,

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

The defendant has not been employed for a substantial amount of time.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Any other sources?   Yes ☐   No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

The defendant has 5 children and his wife and mother are his primary dependents

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02-13-02
(Date)

Signature of Applicant

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 46.37 on account to his credit at the Calwell Corrections Commissary - Interstate Unit institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ 35.00

Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge        Date | United States Judge        Date |
| | or Magistrate |