UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ALEXANDER RAPALO-FAJARDO | * | |
| VS | * | C.A. NO. B-02-035 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-00-334-01) |

## O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **May 28, 2002**. Said response shall include the transcripts of the guilty plea and sentencing record.

DONE at Brownsville, Texas, this 25th day of March 2002.

Felix Recio
United States Magistrate Judge