UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE A. RAPALO-FAJARDO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-35 |
| | § | CRIMINAL NO. B-00-334 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Amended Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DENIED. The Petitioner's complaint regarding the execution of his sentence, under 28 U.S.C. § 2241 is hereby transferred to the Northern District of Texas, Abilene Division.

DONE at Brownsville, Texas this 7 day of October, 2002.

Hilda Tagle
United States District Judge